(December 27, 1985)

■ In the Matter of JAMES ALAN MATH, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.—Motion by respondent to stay this court's order of suspension now scheduled to commence January 1, 1986 for six months thereafter.

Motion granted to the extent of amending this court's order dated November 25, 1985 [113 AD2d 212] by striking January 1, 1986 as the effective date for the commencement of the respondent's three-year suspension, and by substituting the date March 3, 1986 as the effective date of said suspension. Mollen, P. J., Mangano, Gibbons, Thompson and Bracken, JJ., concur.